RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
200 S. Virginia Street, Ste. 340
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
Kate_Berry@fd.org

Attorney for DAVID RAMIREZ

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-00023-ART-CSD-1 |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE REPLY** |
| v. | |
| DAVID RAMIREZ, | (First Request) |
| Defendant. | |

    IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney JASON M. FRIERSON, Assistant United States Attorney ANDREW KEENAN, counsel for the United States of America, Federal Public Defender RENE L. VALLADARES, and Assistant Federal Public Defender KATE BERRY, counsel for DAVID RAMIREZ, to extend the time in which the Defendant's Reply to Response to the Defendant's Motion to Modify Conditions of Release [ECF #22] from August 18, 2022, to August 22, 2022. This is the first request for an extension for time to file reply.

    The additional time requested for the filing the responses is requested mindful of the current trial date of November 15, 2022, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 12th day of August, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ KATE BERRY<br>By:_____<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for DAVID RAMIREZ | /s/ ANDREW KEENAN<br>By:_____<br>ANDREW KEENAN<br>Assistant United States Attorney<br>Counsel for the Government |

**IT IS SO ORDERED.**

**DATED** this __12th__ day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

2