UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID RAMIREZ,<br><br>Defendant. | Case No. 3:22-cr-00023-ART-CSD-1<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and ANDREW KEENAN, Assistant United States Attorney, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender, and KATE BERRY, Assistant Federal Public Defender, counsel for DAVID RAMIREZ, that deadline to file any and all pretrial motions and notices of defense be extended from March 17, 2023 to **March 24, 2023.**

IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and including **April 7, 2023**, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and including **April 14, 2023**, to file any and all replies to dispositive motions.

This is the first stipulation to continue the motions deadlines. Counsel is requesting additional time to file pretrial motions mindful of the current trial date of May 23, 2023 at 9:30 AM, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 14th day of March, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ KATE BERRY*<br>By:_____<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for DAVID RAMIREZ | */s/ Andrew Keenan*<br>By:_____<br>ANDREW KEENAN<br>Assistant United States Attorney<br>Counsel for the Government |

**IT IS SO ORDERED.**

**DATED** this 16th day of March, 2023.

_____
ANNIE R. TRAUM
UNITED STATES DISTRICT JUDGE