**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DAVID RAMIREZ,<br><br>   Defendant. | Case No. 3:22-cr-00023-ART-CSD-1<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and ANDREW KEENAN, Assistant United States Attorney, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender, and KATE BERRY, Assistant Federal Public Defender, counsel for DAVID RAMIREZ, that the parties shall have to and including **April 12, 2023**, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and including **April 26, 2023**, to file any and all replies to dispositive motions.

This is the second stipulation to continue the motions deadlines. Counsel is requesting additional time to file pretrial responses and replies mindful of the current trial date of May 23, 2023 at 9:30 AM, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 6th day of April, 2023.

**IT IS SO ORDERED.**

**DATED** this 7th day of April, 2023.

_____
THE HONORABLE ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE